# Exhibit D

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA

DAUD S. EL-BAKARA, SR.,

      Plaintiff

Case No. 2:17-cv-05138-MMB

           v.

WELTMAN, WEINBERG & REIS CO,. LPA,

      Defendant

### CERTIFICATION OF JOSEPH L. GENTILCORE
### IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL

I, Joseph L. Gentilcore, hereby declare as follows:

1.     I am attorney licensed to practice in the Commonwealth of Pennsylvania.

2.     I am one of the counsel of record for Plaintiff Daud S. El-Bakara, Sr. in this matter and have personal knowledge of the facts and circumstances of this case.

3.     This certification is made in support of Plaintiff's Motion to Compel.

4.     In compliance with Local Rule 26.1(f), and as detailed below, the parties, after reasonable effort, are unable to resolve this discovery dispute.

5.     On February 21, 2018, Plaintiff's written discovery requests were served on Defense Counsel.

6.     Defendant's responses were due on March 23, 2018.

7.     After multiple requests for extension of time, and multiple demands by the undersigned for Defendant to provide responses, Defendant finally provided its discovery responses on May 3, 2018.

8.      After reviewing Defendant's responses, the undersigned spoke with counsel for defendant by telephone on numerous occasions to discuss the deficiencies and lack of substantive responses.

9.      After the parties' telephone conversation were not productive in resolving the dispute, the undersigned sent defendant detailed correspondence outlining the deficiencies in the discovery responses, and requesting that Defendant supplement its responses.

10.     The extent of Defendant's response to that correspondence was a re-affirmation that it did not intend to supplement its responses.

11.     Attached to Plaintiff's Motion as Exhibit A is a true and correct copy of Plaintiff's February 21, 2018 Discovery Requests directed toward Defendant.

12.     Attached to Plaintiff's Motion as Exhibit B is a true and correct copy of Defendant's May 3, 2018 Responses.

13.     Attached to Plaintiff's Motion as Exhibit C is a true and correct copy of the undersigned's July 25, 2018 letter to Defense Counsel regarding Defendant's discovery deficiencies.


I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


Dated: August 24, 2018                              _____*/s/ Joseph L. Gentilcore*_____
                                                             Joseph L. Gentilcore