**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DAUD S. EL-BAKARA, SR., <br><br>  Plaintiff <br><br> v. <br><br> WELTMAN, WEINBERG & REIS CO,. LPA, <br><br>  Defendant | Case No. 2:17-cv-05138-MMB |

**ORDER**

AND NOW, on this _____ day of _____, 2018, upon consideration of Plaintiff's Motion to Compel, and any response thereto, it is hereby ORDERED that Plaintiff's Motion is GRANTED. Defendant Weltman, Weinberg & Reis Co., LPA is ORDERED to withdraw its objections and respond in full within fourteen (14) days to Plaintiff's Interrogatories and Requests for Documents served on Defendant on February 21, 2018.

_____
                                                                                                                                J.