# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAUD S. EL-BAKARA, SR.,** <br><br> v. <br><br> **WELTMAN, WEINBERG & REIS CO., LPA** | **CIVIL ACTION** <br><br> **NO. 2:17-cv-05138-MMB** |

## ORDER RE: MOTION TO DISMISS

**AND NOW** this 19th day of March, 2019, upon consideration of Defendant's Motion to Dismiss (ECF 46), and Plaintiff's Response thereto (ECF 49), and for the reasons specified in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion is GRANTED and Plaintiff's Amended Complaint is dismissed without prejudice, with leave to amend the Complaint within fourteen (14) days, otherwise judgment will be entered against Plaintiff.

                **BY THE COURT:**

                **/s/ Michael M. Baylson**
                **MICHAEL M. BAYLSON, U.S.D.J.**