# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| DAUD S. EL-BAKARA, SR., <br><br> v. <br><br> WELTMAN, WEINBERG & REIS CO., LPA | CIVIL ACTION <br><br> NO. 2:17-cv-05138-MMB |
|---|---|

## ORDER RE: MOTION TO DISMISS SECOND AMENDED COMPLAINT

And now, this 26th day of June, 2019, upon consideration of Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint (ECF 53) and Plaintiff's Response thereto (ECF 56), and for the reasons set out in the accompanying Memorandum, it is hereby ORDERED that Defendant's Motion is DENIED.

BY THE COURT:

/s/ **Michael M. Baylson**
Michael M. Baylson, U.S.D.J.

O:\CIVIL 17\17-5138 El-Bakara v Weltman, et al\17cv5138 Order re MTD SAC.docx