# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAUD S. EL-BAKARA, SR., <br><br> Plaintiff <br><br> v. <br><br> WELTMAN, WEINBERG & REIS CO,. LPA, <br><br> Defendant | Case No. 2:17-cv-05138-MMB |

## MOTION TO COMPEL DISCOVERY

Plaintiff Daud S. El-Bakara, by counsel, hereby requests that the Court compel Defendant to provide full and complete responses to Plaintiff's discovery requests. The reasons for this Motion are set forth in the accompanying Memorandum of Law, which is incorporated as if fully set forth herein.

Respectfully submitted,

**FRANCIS & MAILMAN, P.C.**

*/s/ Joseph L. Gentilcore*

_____
JOSEPH L. GENTILCORE, ESQ.
100 S. Broad St., 19th Floor
Philadelphia, PA 19110
(215) 735-8600
jgentilcore@consumerlawfirm.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of October, 2019, I electronically filed the foregoing with the Clerk of the Court for the Eastern District of Pennsylvania, using the CM/ECF system, which will provide notification of such filing to the parties of record.

                                                 */s/ Joseph L. Gentilcore*
                                                 Joseph L. Gentilcore