# Exhibit D

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAUD S. EL-BAKARA, SR., <br><br> Plaintiff <br><br> v. <br><br> WELTMAN, WEINBERG & REIS CO,. LPA, <br><br> Defendant | Case No. 2:17-cv-05138-MMB |

**CERTIFICATION OF JOSEPH L. GENTILCORE**
**IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL**

I, Joseph L. Gentilcore, hereby declare as follows:

1. I am attorney licensed to practice in the Commonwealth of Pennsylvania.

2. I am one of the counsel of record for Plaintiff Daud S. El-Bakara, Sr. in this matter and have personal knowledge of the facts and circumstances of this case.

3. This certification is made in support of Plaintiff's Motion to Compel.

4. In compliance with Local Rule 26.1(f), and as detailed below, the parties, after reasonable effort, are unable to resolve this discovery dispute.

5. On February 21, 2018, Plaintiff's written discovery requests were served on Defense Counsel.

6. Defendant's responses were due on March 23, 2018.

7. After multiple requests for extension of time, and multiple demands by the undersigned for Defendant to provide responses, Defendant finally provided its discovery responses on May 3, 2018.

8. After reviewing Defendant's responses, the undersigned spoke with counsel for defendant by telephone on numerous occasions to discuss the deficiencies and lack of substantive responses.

9. After the parties' telephone conversation were not productive in resolving the dispute, the undersigned sent defendant detailed correspondence outlining the deficiencies in the discovery responses, and requesting that Defendant supplement its responses.

10. The extent of Defendant's response to that correspondence was a re-affirmation that it did not intend to supplement its responses.

11. During the scheduling conference on September 24, 2019, the parties discussed Defendant's refusal to produce information or documents related to the third-party as a result of 15 U.S.C. § 1692c(b). The Court instructed the parties to attempt to resolve this dispute, and if no resolution was reached in fourteen days, for Plaintiff to file a motion to compel.

12. As a result, the undersigned prepared a draft proposed stipulation and provided it to defense counsel for review.

13. On October 8, 2019, defense counsel and the undersigned had discussion over the phone regarding the dispute.

14. During the call, defense counsel indicated that Defendant would not agree to the proposed stipulation, would not agree to any stipulation, intended to oppose this motion to compel, and would oppose any effort Plaintiff made to obtain discovery on the underlying debt.

15. Attached to Plaintiff's Motion as Exhibit A is a true and correct copy of Plaintiff's February 21, 2018 Discovery Requests directed toward Defendant.

16. Attached to Plaintiff's Motion as Exhibit B is a true and correct copy of Defendant's May 3, 2018 Responses.

17. Attached to Plaintiff's Motion as Exhibit C is a true and correct copy of the undersigned's July 25, 2018 letter to Defense Counsel regarding Defendant's discovery deficiencies.

18. Attached to Plaintiff's Motion as Exhibit D is a true and correct copy of the proposed draft stipulation offered to Defendant as means to resolve its objections to producing the relevant discovery.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: October 8, 2019                                            */s/ Joseph L. Gentilcore*
                                                                                                       Joseph L. Gentilcore