# Exhibit E

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAUD S. EL-BAKARA, Sr.,** ) | |
| ) | 2:17-cv-05138-MMB |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| **WELTMAN, WEINBERG & REIS CO., LPA** ) | |
| ) | |
| **Defendant.** ) | |

## STIPULATION AND REQUEST FOR ORDER

NOW COME the parties, by and through counsel, and submit the following stipulation and request for order.

1. This is a consumer protection matter brought under state and federal law.

2. Exchange of discovery in this matter necessarily requires the exchange of information regarding a third-party.

3. Section 1692c of the Fair Debt Collection Practices Act prohibits debt collectors from communicating details about a debt to the non-debtor.

4. An exception to this prohibition is contained in 15 U.S.C. § 1692c(b), which allows for disclosure of this information upon express permission of a court of competent jurisdiction.

5. As a result, and in order to allow discovery to be exchanged in this matter, the parties stipulate and request that the Court order production of the information related to the underlying debt.

2

WHEREFORE, for the forgoing reasons, the parties respectfully request that the Court enter this order, allowing Defendant to disclose the information regarding and produce documentation related to the underlying debt.

SO ORDERED:

_____
THE HONORABLE MICHAEL BAYLSON, U.S.D.J.

Respectfully submitted,

2